# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TOMMY LASSEIGNE

VERSUS

LAFOURCHE PARISH GOVERNMENT

NO.   2024 CW 0488

**JULY 15, 2024**

---

In Re:   Lafourche Parish Government, applying for supervisory writs,   17th   Judicial   District   Court,   Parish   of Lafourche, No. 148495.

---

**BEFORE:   WELCH, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

JEW
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT